**Order entered July 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01480-CV

**PLANO AMI LP, ET AL., Appellants**

**V.**

**ERWIN CRUZ, M.D., Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-16274-E**

## ORDER

Before the Court is appellee's July 2, 2013 unopposed motion to extend the time to file a brief and to extend the word limit. With respect to the request for an extension of time to file a brief, we **GRANT** appellee's motion. Appellee shall file his combined appellee's/cross-appellant's brief on or before August 12, 2013. With respect to the request for an extension of the word limit for appellee's combined appellee/cross-appellant's brief, we **GRANT** the motion **to the extent** that we extend the word limit to no more than 30,000. *See* TEX. R. APP. P. 9.4(2)(B); 5th Tex. App. (Dallas) Loc. R. 10(2).

/s/    CAROLYN WRIGHT
CHIEF JUSTICE